FILED

OCT 15 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **5 : 2 5 CR - 0 5 2 1** |
| v. | ) | CASE NO. |
| | ) | Title 21, United States Code, |
| ROBERT HANEY, | ) | Sections 841(a)(1) and (b)(1)(A) |
| | ) | |
| Defendant. | ) | **JUDGE RUIZ** |

COUNT 1
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1.     On or about January 11, 2024, in the Northern District of Ohio, Eastern Division, Defendant ROBERT HANEY did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 2
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2.     On or about January 31, 2024, in the Northern District of Ohio, Eastern Division, Defendant ROBERT HANEY did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## FORFEITURE

The Grand Jury further charges:

3.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ROBERT HANEY shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of such violations; and any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2